**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 25-cv-25827-JB**

YOSELYN TORREALBA DE MACHADO,

Plaintiff(s),

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,

Defendants.

_______________________________________/

## ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court on Plaintiff's Notice of Voluntary Dismissal (the "Notice"), ECF No. [22], in which Plaintiff dismisses this action without prejudice. Accordingly, it is hereby **ORDERED AND ADJUDGED** that this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **CLOSE** this case, and all pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Miami, Florida this 23rd day of July, 2026.

**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**